IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERIC LYONS,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5578

Opinion filed February 2, 2016.

An appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Michael R. Rollo of Michael R. Rollo, P.A., Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, Matthew Pavese, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., WOLF and THOMAS, JJ., CONCUR.